UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Amended (from 9/17/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 12, 2003     *Held*

10:00 a.m.     *4 hours*

CASE NO. **3:03cv452 (CFD)**     <u>Ruran v Beth El Temple of West Hartford</u>

William G. Madsen
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Mark A. Newcity
Fitzhugh, Parker & Alvaro
1 Constitution Plaza
Suite 900
Hartford, CT 06103

\* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK